MEMO ENDORSED

SOLOMON CRAMER & SUMMIT LLP
25 West 39th Street, 7th Floor
New York, NY 10018
(212) 884-9102
solomoncramer.com

Application granted. The pre-settlement phone call scheduled for Wednesday, July 22, 2026 is hereby adjourned to Friday, August 14, 2026 at 10:00 a.m. Parties are advised to use the dial-in information at Dkt. No. 27 to join the call. SO ORDERED.

Date: July 21, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

July 20, 2026

VIA ECF

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 702
New York, NY 10007

Re: LifeSci Capital LLC v. KALA BIO, Inc., No. 1:26-cv-02208 (JPO) (GS) — Letter Motion to Adjourn July 22, 2026 Pre-Settlement Conference Call

Dear Judge Stein:

We represent plaintiff LifeSci Capital LLC and respectfully request a one-week adjournment of the Pre-Settlement Conference Call scheduled for July 22, 2026 at 10:00 a.m. (ECF No. 27). Pursuant to Section I.G of Your Honor's Individual Practices:

(i) The originally scheduled date of the Pre-Settlement Conference Call is July 22, 2026 at 10:00 a.m.

(ii) There have been no previous requests for an adjournment of this conference, and accordingly no such request has been granted or denied.

(iii) The undersigned, lead counsel for LifeSci, has a long-standing out-of-state travel commitment on July 22, 2026 and is unavailable that day.

(iv) We wrote to counsel for KALA BIO, Inc. on July 16, 2026, enclosing a draft of this request and the proposed dates below, and have not yet received a response. We therefore submit this request without defendant's position and will promptly advise the Court of any objection.

We propose two alternative dates: Wednesday, July 29, 2026 and Thursday, July 30, 2026. No other date or deadline is affected.

We thank the Court for its consideration.

Very truly yours,

Andrew T. Solomon